## GILBERTO GONZALEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Gilberto Gonzalez' petition for certification for appeal from the Appellate Court, 122 Conn. App. 271 (AC 30361), is denied.

*Andrew S. Knott*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided September 15, 2010

## STATE OF CONNECTICUT *v.* EUGENE O. FOOTE, JR.

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 258 (AC 30362), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Jodi Zils Gagne*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided September 15, 2010

## STATE OF CONNECTICUT *v.* SCOTT E. RHOADS

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 238 (AC 30675), is denied.

*Martha Hansen*, special public defender, in support of the petition.